PHŒBE ALLEN, Respondent, *v.* OTTO MEYER, Appellant.

(Submitted October 2, 1877 ; decided October 9, 1877.)

AGREE to dismiss appeal.   No opinion.
All concur, except FOLGER and MILLER, JJ., absent.
Appeal dismissed.